Gerald A. KELLOGG, Plaintiff–
Appellant,

v.

NIKE, INC. and Nike USA,
Inc., Defendants–Cross
Appellants.

Nos. 2010–1173, 2010–1174,
2010–1195, 2010–1196.

United States Court of Appeals,
Federal Circuit.

July 11, 2011.

Mark J. Peterson, Stinson Morrison Hecker, LLP, of Omaha, NE, argued for plaintiff-appellant. With him on the brief was Nora M. Kane. Of counsel on the brief were G. Thomas Williams and Mary C. Bonnema, McGarry Bair PC, of Grand Rapids, MI.

B. Trent Webb, Shook, Hardy & Bacon, L.L.P., of Kansas City, MO, argued for defendants-cross appellants. With him on the brief were Bart A. Starr, Jonathan N. Zerger and Angel D. Mitchell.

RADER, Chief Judge, NEWMAN, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

George PIECZENIK, Plaintiff–
Appellant,

v.

BAYER CORPORATION, Bayer Cropscience (New Jersey) Inc., Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare, LLC, Bayer Materialscience LLC, Bayer Pharma Chemicals Inc., and Schering Berlin Inc., Defendants–Appellees,

and

Astrazeneca LP, Astrazeneca Pharmaceuticals LP, Aventis Inc., Aventis Pharmaceuticals Inc., Boehringer Ingelheim Vetmedica, Inc., Boehringer Ingelheimroxane, Inc., Medimmune LLC, Novartis Corporation, Novartis, Pharmaceutical Corporation, Novartis Vaccines and Diagnostics, Inc., Sanofi Aventis U.S. Inc., Sanofi–Aventis U.S. LLC, Siemens Corporation, Siemens Diagnostics Finance Co. LLC, Siemens Healthcare Diagnostics Inc., and Siemens Medical Solutions USA, Inc., Defendants–Appellees,

and

Abbott Laboratories, Abbott Laboratories, Inc., and Solvay Pharmaceuticals, Inc., Defendants–Appellees,

and

Allergan USA, Inc., Corning Incorporated, Gilead Sciences, Inc., Howard Hughes Medical Institute, and Qiagen Incorporated, Defendants–Appellees,

and

Amgen USA, Inc. and Amgen, Inc., Defendants–Appellees,

and

Antyra, Inc., Defendant–Appellee,

and

Baxter Diagnostics Inc., Monsanto AG Products LLC, Monsanto Company, Onyx Pharmaceuticals, Inc., Zymogenetics, Inc., and Zymogenetics, LLC, Defendants–Appellees,

and

Biogen Idec Inc., Biogen Idec U.S. Corporation, and Medarex, Inc. Defendants–Appellees,

and

Bracco Diagnostics Inc., Defendant–Appellee,

and

Centocor Ortho Biotech Products, L.P., Centocor Ortho Biotech Services, Centocor Ortho Biotech, Inc., Johnson & Johnson, Ortho–McNeil Janssen Scientific Affairs, LLC, Ortho–McNeil Pharmaceutical, Inc., and Ortho–McNeil, Inc., Defendants–Appellees,

and

Dyax Corporation, Forest Laboratories, Inc., Genzyme Corporation, GlaxoSmithKline LLC, and Perkinelmer Health Sciences, Inc., Defendants–Appellees,

and

E.I. Dupont De Nemours & Company, Defendant–Appellee,

and

GE Healthcare Biosciences Bioprocess Corp., GE Healthcare Inc., GE Healthcare Strategic Sourcing Corporation, and GE Healthcare Biosciences Corp., Defendants–Appellees,

and

International Business Machines Corp., Defendant–Appellee,

and

Invitrogen Corporation, Defendant–Appellee,

and

Novo Nordisk Inc., Defendant–Appellee,

and

Solvay Chemicals, Inc., Defendant–Appellee,

and

The Dow Agrosciences LLC, The Dow Chemical Company (Delaware), and The Dow Corning Corporation, Defendant–Appellees,

and

Bayer Pharmaceuticals Corporation, Diversa Chemicial Technologies (NJ), Inc., and John Does 1 Through 61, Defendants.

No. 2011–1385.

United States Court of Appeals, Federal Circuit.

July 11, 2011.

Chad J. Peterman, Patterson, Belknap Webb & Tyler LLP, Jennifer L. Larson, Arnold & Porter, LLP, Laura E. Krawczyk, Troutman Sanders LLP, Melissa B. Francis, Mayer Brown, LLP, Anne B. Sekel, Foley & Lardner LLP, Elizabeth S. Hyon, Orrick, Herrington & Sutcliffe LLP, New York, NY, Liza M. Walsh, Richard D. Catenacci, Connell Foley LLP, David W. Field, Matthew R. Savare, Lowenstein Sandler, P.C., Robert M. Goodman, Greenbaum, Rowe, Smith & Davis, David Leit, Lowenstein Sandler, P.C., Roseland, NJ, Michael R. Griffinger, Gibbons P.C., Cynthia S. Betz, McCarter & English, LLP, Donald A. Robinson, Robinson & Livelli, Arnold B. Calmann, Saiber LLC, Alice H. Lee, Gibbons P.C., Newark, NJ, Jane E. Keene, Plevy & Keene LLP, Trenton, NJ, Alexander J. Anglim, Greenberg Traurig LLP, Florham Park, NJ, Robert J. Schoenberg, Riker, Danzig, Scherer, Hyland, Morristown, NJ, for Defendants–Appellees.

George Pieczenik, Stockton, NJ, pro se.

### ON MOTION

### ORDER

Upon consideration of George Pieczenik's unopposed motion to dismiss Syngenta Crop Protection, Inc. et al. from this appeal,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

## In re 213 PARTNERS, LLC.

### No. 2011–1021.

United States Court of Appeals, Federal Circuit.

July 12, 2011.

Douglas Churovich, Polster, Lieder, Woodruff & Lucchesi, L.C., of St. Louis, MO, argued for appellant.

Brian T. Racilla, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

BRYSON, LINN, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**